IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| UNITED STATES OF AMERICA, | CR 16-71-BLG-SPW-3 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| KEVIN WELCH, SHEILA AYALA, and JENNY FRANCOIS, | |
| Defendants. | |

Defendant, Jenny Francois filed a Motion to Appear by Video (Doc. 57) for the December 15, 2016 Bond Revocation Hearing.

On November 28, 2016 Magistrate Judge Carolyn S. Ostby issued a Warrant for Jenny Francois and Quashed the Summons issued November 16, 2016. On December 1, 2016, Defendant Jenny Francois was arrested in the Central District of California thereby terminating the deadlines and hearings as to Jenny Francois. Therefore,

IT IS HEREBY ORDERED that the Defendant, Jenny Francois' Motion to Appear by Video (Doc. 57) is hereby **DENIED** as moot.

DATED this 12th day of December, 2016.

SUSAN P. WATTERS
United States District Judge

1